IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HONORE WOLFE, | |
| Plaintiff, | 4:22-CV-3265 |
| vs. | JUDGMENT |
| AUSTIN ZENKOVICH, et al., | |
| Defendants. | |

On the parties' stipulation and joint motion to dismiss (filing 25), this case is dismissed with prejudice, costs taxed to the party incurring them.

Dated this 13th day of October, 2023.

BY THE COURT:

John M. Gerrard
Senior United States District Judge